[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-11148
Non-Argument Calendar

_____

D.C. Docket No. 1:13-cr-00102-CG-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TED MCCALL SNOW,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(January 17, 2017)

Before MARCUS, JULIE CARNES and FAY, Circuit Judges.

PER CURIAM:

William Scully, Jr., appointed counsel for Ted Snow in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Snow's conviction and sentence are **AFFIRMED**.